IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEON JACKSON, #262 328, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:20-CV-756-RAH-SMD |
| | ) |
| WARDEN MONICA MCCOY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On May 24, 2021, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. Doc. 4. Upon an independent review of the record and upon consideration of the Recommendation, it is hereby

ORDERED that the Recommendation is ADOPTED, and that this case is DISMISSED without prejudice for Plaintiff's failures to comply with the Order of the Court and to prosecute this action.

A separate Final Judgment will be entered.

DONE, on this the 8th day of July, 2021.

                                          /s/ R. Austin Huffaker, Jr.
                                          R. AUSTIN HUFFAKER, JR.
                                          UNITED STATES DISTRICT JUDGE